No. 03–190. PATEL ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–193. MORGAN *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION. C. A. D. C. Cir. Certiorari denied.

No. 03–198. MEADE *v.* DECISIONS OF THE ORPHANS' COURT FOR ANNE ARUNDEL COUNTY ET AL. Cir. Ct. Anne Arundel County, Md. Certiorari denied.

No. 03–202. ZILKA *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–205. GAINES *v.* WHITE RIVER ENVIRONMENTAL PARTNERSHIP ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–206. HURDLE *v.* VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY. C. A. 4th Cir. Certiorari denied.

No. 03–212. HARRISON *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–216. SMITH ET UX. *v.* CHEVRON U. S. A. INC. Sup. Ct. Miss. Certiorari denied.

No. 03–219. AVON PRODUCTS, INC. *v.* BYRNE. C. A. 7th Cir. Certiorari denied.

No. 03–231. WARREN *v.* UNITED STATES; and
No. 03–5839. CRAWFORD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 329 F. 3d 131.

No. 03–240. RAMIREZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–242. SURANA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–252. PAYTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.